UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Lee Abt, Esquire
3747 Church Road, Suite 102
Mount Laurel, New Jersey 08054
(856) 914-5100
Attorney for Debtor
(LA 5525)

**In re:**                                                            Case No. 17-26093-JNP

**ELAINE A. TAYLOR,**                                         Chapter 13

                                                                            Judge: Jerrold N. Poslusny, Jr.

          **Debtors.**

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, ELAINE A. TAYLOR, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. _XX_ I am not required to pay domestic support obligations.

    ____ I am required to pay domestic support obligations and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true,

Date: 8/11/22                                                          /s/ Elaine A. Taylor
                                                                              _____
                                                                              ELAINE A. TAYLOR Debtor

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be issued for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**