**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Elaine A. Taylor<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4190<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–26093–JNP | |

# Order of Discharge                                                                                       12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Elaine A. Taylor
   fka Elaine A. Ellis

10/7/22                                                                    **By the court:** Jerrold N. Poslusny Jr.
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-26093-JNP
Elaine A. Taylor  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Oct 07, 2022      Form ID: 3180W      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elaine A. Taylor, 1628 Gianna Drive, Glassboro, NJ 08028-3458 |
| 516992448 | + | Andres Wirkmaa, Esquire, 637 Wyckoff Ave, Wyckoff, NJ 07481-1438 |
| 516992457 | | City of Philadelphia, Dept of Finance, P.O. Box 56318, Philadelphia, PA 19130-6318 |
| 516992476 | + | Essex Chase Apartments, 1000 Gianna Drive, Glassboro, NJ 08028-3229 |
| 516992485 | + | Philadelphia Gas Works, 1800 North Arch Street, Philadelphia, PA 19103-2802 |
| 516992486 | | Philadelphia Gas Works, P.O. Box 11700, Newark, NJ 07101-4700 |
| 516992487 | + | Police And Fire Fede, 901 Arch St, Philadelphia, PA 19107-2495 |
| 516992489 | + | Ronald Taylor, 1628 Gianna Drive, Glassboro, NJ 08028-3458 |
| 516992490 | + | Stellar Recovery Inc, 4500 Salisbury Rd Ste 10, Jacksonville, FL 32216-8035 |
| 516992491 | + | Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2022 20:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2022 20:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: megan.harper@phila.gov | Oct 07 2022 20:23:00 | City of Philadelphia, c/o Pamela Elchert Thurmond, 1401 John F. Kennedy Blvd., Room 580, Municipal Services Building, Philadelphia, PA 19102 |
| 516992450 | | Email/Text: bankruptcy@pepcoholdings.com | Oct 07 2022 20:23:00 | Atlantic City Electric, P.O. Box 4875, Trenton, NJ 08650 |
| 516992451 | | Email/Text: bankruptcy@pepcoholdings.com | Oct 07 2022 20:23:00 | Atlantic City Electric Company, Bankruptcy Division, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516992453 | | EDI: CAPITALONE.COM | Oct 08 2022 00:18:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517173932 | | Email/Text: megan.harper@phila.gov | Oct 07 2022 20:23:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 516992452 | + | Email/Text: cms-bk@cms-collect.com | Oct 07 2022 20:23:00 | Capital Management Services, Inc., 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 516992454 | + | EDI: CAPITALONE.COM | Oct 08 2022 00:18:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516992458 | + | EDI: WFNNB.COM | Oct 08 2022 00:18:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 516992459 | + | EDI: WFNNB.COM | Oct 08 2022 00:18:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, |

| Recipient # | Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | Po Box 182125, Columbus, OH 43218-2125 |
| 516992474 | EDI: DISCOVER.COM | Oct 08 2022 00:18:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 516992460 | + Email/Text: electronicbkydocs@nelnet.net | Oct 07 2022 20:23:00 | Dept Of Ed/582/nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 516992467 | + Email/Text: electronicbkydocs@nelnet.net | Oct 07 2022 20:23:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 517000315 | EDI: DISCOVER.COM | Oct 08 2022 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516992475 | + EDI: DISCOVER.COM | Oct 08 2022 00:18:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516992455 | EDI: JPMORGANCHASE | Oct 08 2022 00:18:00 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004 |
| 516992456 | EDI: JPMORGANCHASE | Oct 08 2022 00:18:00 | Chase Auto Finance, Po Box 901003, Ft Worth, TX 76101 |
| 517215281 | EDI: JPMORGANCHASE | Oct 08 2022 00:18:00 | JPMorgan Chase Bank, N.A., PO BOX 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 516992483 | ^ MEBN | Oct 07 2022 20:21:30 | NCB Management Services, P.O. Box 1099, Langhorne, PA 19047-6099 |
| 516992478 | + EDI: NFCU.COM | Oct 08 2022 00:18:00 | Navy Federal Cr Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 516992477 | + EDI: NFCU.COM | Oct 08 2022 00:18:00 | Navy Federal Cr Union, 820 Follin Ln Se, Vienna, VA 22180-4907 |
| 516992480 | + EDI: NFCU.COM | Oct 08 2022 00:18:00 | Navy Federal Credit Union, One Security Place, Merrifield, VA 22119-0001 |
| 516992481 | + EDI: NFCU.COM | Oct 08 2022 00:18:00 | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 516992479 | + EDI: NFCU.COM | Oct 08 2022 00:18:00 | Navy Federal Credit Union, 800 Follin Ln SE, Vienna, VA 22180-4907 |
| 517157974 | EDI: PRA.COM | Oct 08 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517175970 | EDI: Q3G.COM | Oct 08 2022 00:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516994097 | + EDI: RMSC.COM | Oct 08 2022 00:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517026242 | + Email/Text: electronicbkydocs@nelnet.net | Oct 07 2022 20:23:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 517056018 | EDI: WFFC2 | Oct 08 2022 00:18:00 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 516992492 | + EDI: WFFC2 | Oct 08 2022 00:18:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 516992493 | + EDI: WFFC2 | Oct 08 2022 00:18:00 | Wfds/Wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516992449 | *+ | Andres Wirkmaa, Esquire, 637 Wyckoff Ave, Wyckoff, NJ 07481-1438 |
| 516992461 | *+ | Dept Of Ed/582/nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 516992462 | *+ | Dept Of Ed/582/nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 516992463 | *+ | Dept Of Ed/582/nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 516992464 | *+ | Dept Of Ed/582/nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 516992465 | *+ | Dept Of Ed/582/nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 516992466 | *+ | Dept Of Ed/582/nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 516992468 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 516992469 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 516992470 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 516992471 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 516992472 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 516992473 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 516992484 | *+ | NCB Management Services, P.O. Box 1099, Langhorne, PA 19047-6099 |
| 516992482 | *+ | Navy Federal Credit Union, One Security Place, Merrifield, VA 22119-0001 |
| 516992488 | *+ | Police And Fire Fede, 901 Arch St, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor JPMORGAN CHASE BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Abt | on behalf of Debtor Elaine A. Taylor leeabt2@verizon.net r40016@notify.bestcase.com |
| Pamela Elchert Thurmond | on behalf of Creditor City of Philadelphia Pamela.Thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6